IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-01445-AP

LISA M. GILL,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1. APPEARANCES OF COUNSEL

For Plaintiff:
Charles E. Binder
Law Offices of Binder and Binder, P.C.
60 East 42nd Street, Suite 520
New York, New York 10165
Phone: (212) 677-6801
Fax: (646) 273-2196
fedcourt@binderandbinder.com

For Defendant:
John F. Walsh
United States Attorney
Kevin Traskos
Chief, Civil Division
William G. Pharo
Assistant United States Attorney
United States Attorney's Office
District of Colorado
William.pharo@usdoj.gov

David I. Blower
Special Assistant United States Attorney
Social Security Administration
Office of General Counsel, Region VIII
1001 17th Street
Denver, Colorado 80202

303-844-1571
Fax: 303-844-0770
david.blower@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

| | |
|---|---|
| **A. Date Complaint Was Filed:** | June 2, 2011 |
| **B. Date Complaint Was Served on U.S. Attorney's Office:** | July 28, 2011 |
| **C. Date Answer and Administrative Record Were Filed:** | September 26, 2011 |

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of her knowledge, Counsel for Plaintiff states that the record is complete and accurate. To the best of her knowledge, Counsel for Defendant states that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Counsel for Plaintiff states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

**Counsel for Defendant states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

## 8. BRIEFING SCHEDULE

Counsel for both parties agree to the following proposed briefing schedule:

| | |
|---|---|
| **A. Plaintiffs Opening Brief Due:** | October 26, 2011 |
| **B. Defendant's Response Brief Due:** | November 25, 2011 |
| **C. Plaintiffs Reply Brief (If Any) Due:** | December 9, 2011 |

## 9. STATEMENTS REGARDING ORAL ARGUMENT

### A. Plaintiffs Statement:

Plaintiff does not request oral argument.

### B. Defendant's Statement:

Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

The parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 4th day of October, 2011

BY THE COURT:

_s/John L. Kane_____
U.S. DISTRICT COURT JUDGE

APPROVED:
/s/ Charles E. Binder
Charles E. Binder
Law Offices of Binder and Binder, P.C.
60 East 42nd Street, Suite 520
New York, New York 10165
Phone: (212) 677-6801
Fax: (646) 273-2196
fedcourt@binderandbinder.com

John F. Walsh
United States Attorney
Kevin Traskos

Chief, Civil Division
William G. Pharo
Assistant United States Attorney
United States Attorney's Office
District of Colorado
William.pharo@usdoj.gov

/s/ David I. Blower
David I. Blower
Special Assistant United States Attorney
Social Security Administration
Office of General Counsel, Region VIII
1001 17th Street
Denver, Colorado 80202
303-844-1571
Fax: 303-844-0770
david.blower@ssa.gov