IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01445-WYD

LISA M. GILL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed September 24, 2012, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that this case is reversed and remanded to the Commissioner for further fact finding as directed in the Court's Order, pursuant to sentence four in 42 U.S.C. § 405(g).

DATED at Denver, Colorado this 25th day of September, 2012.

                                        FOR THE COURT:

                                        JEFFREY P. COLWELL, CLERK

                                        By: s/ Edward P. Butler
                                        Edward P. Butler,
                                        Deputy Clerk