IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 11-cv-01445-WYD

LISA M. GILL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court in connection with Plaintiff's Motion for Attorney's Fees under Equal Access to Justice Act, 28 U.S.C. § 2412, filed on December 21, 2012. Plaintiff's counsel seeks an award of attorney fees pursuant to the Equal Access to Justice Act ["EAJA"] in the amount of $4,625.30 and costs in the amount of $350.00 payable from the Judgment Fund. On January 4, 2013, the Commissioner filed a response indicating that he does not oppose Plaintiff's motion.

The EAJA provides for an award of attorney's fees to a prevailing party in a civil action brought against the United States unless the court finds that the position of the United States was substantially justified or special circumstances make an award unjust. 28 U.S.C. § 2412(d)(1)(A). The burden of establishing that the Government's position was substantially justified rests with the Government. *Gilbert v. Shalala*, 45 F.3d 1391, 1394 (10th Cir. 1995). "Substantially justified" has been defined by the

Supreme Court as "justified to a degree that could satisfy a reasonable person." *Pierce v. Underwood*, 487 U.S. 552, 565 (1988).  Thus, the Government's position must have had a reasonable basis in both law and fact.  *Id.*

Having reviewed Plaintiff's motion and being fully advised in the premises, I find that Plaintiff has shown that an award of fees under the EAJA is appropriate as Plaintiff was the prevailing party and the Commissioner is not contesting the motion.  In other words, the Commissioner does not argue that the position of the United States was substantially justified or that special circumstances make an award unjust.  I further find that the amount of fees sought are reasonable.  Accordingly, it is

ORDERED that Plaintiff's Motion for Attorney's Fees under Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 15) is **GRANTED**.  Plaintiff is awarded attorney fees under the EAJA in the amount of **$4,625.30**.  Plaintiff is also awarded costs in the amount of **$350.00**, payable from the Judgment Fund.

Dated February 20, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge